# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA City DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

DAVID GLENN SMITH

Inmate # 201100341 2

(Enter full name of Plaintiff)

vs.

CASE NO: 5:11 cv 381
(To be assigned by Clerk)
MP/CJK

FRANK McKEITHEN, Sheriff
DR. LIPPMANN, BAY County
NURSE JAGER, Florida
RANDALL TYNDALL Class.
OFFICER TRIPP COI

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Rec'd 1128 11 UsDcFln 3PM 0309

Filed 1122 11 UsDcFln 5AM 1114

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: DAVID GLENN Smith
Inmate Number: #2011003412
Prison or Jail: BAY Co. Jail Panama City Fl.
Mailing address: 1728 5th Ave SO.
Irondale Al. 35210
Release here 11/20

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: FRANK McKEITHEN
    Official position: BAY Co. Sherriff
    Employed at: Bay Co. Jail
    Mailing address: 5700 Star Lane
    Panama City Fl. 32404

(2) Defendant's name: Lippmann
    Official position: Doctor
    Employed at: Bay Co. Jail
    Mailing address: 5700 Star Lane
    Panama City Fl. 32404

(3) Defendant's name: Nurse Jager
    Official position: Nurse
    Employed at: Bay Co. Jail
    Mailing address: 5700 Star Lane
    Panama City Fl 32404

(4) Randall Tyndal
    Classifacation officer
    Bay Co. Jail
    5700 Star Lane
    Panama City Fl. 32404

(5) Tripp
    Correctional officer
    Bay Co. Jail
    5700 Star Lane
    Panama City Fl. 32404

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )  No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): _____
   (b) Defendant(s): _____
2. Name of judge: _____  Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____
   _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )  No(✗)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____  Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

3

    7.    Facts and claims of case: _____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

    Yes( )               No(X)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
    a. Plaintiff(s): _____
    b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

    Yes( )               No(X)

1. Parties to previous action:
    a. Plaintiff(s): _____
    b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On or about July 14th 2010 officers came to my home at 139 Summer Breeze Road and out of the blue ask to search my house. I refused and was told that knew that I was going to orlando Fla. to the pain clinic, and were told by Sheriff McKeithen to pick me up. I knew of the Sherriff's Vagatative mission to shut all pain clinics down and that you could not fill any pain perscriptions in Bay County under threat from the Sheriff but I had no idea of the lawless extent of his vendetta. I was arrested for failure to register as an ex fellon. While I was in jail before posting bond Frank McKeithen went to my house and sat with my 71 year old spouse and told her that he knew I was going to the Dr. in orlando and he was going to get me. 3 weeks later on Aug. 8th 2010 I was arrested by the Beach Police for ex fellon in possession of a concealed weapon and placed in jail (the knife) I was in possession had a (2½) inch blade on it. In order for this to be a weapon there was a (4) inch criteria yet I was held 333 days before this charge was dropped to a misdemenor and my marrige in shovbles. While incarcerated on april 8, 2011 AFTER RECIEVING 60 DAYS COUNTY JAIL TIME IN MISDEMENOR COURT (VIDEO) I WAS TAKEN bACK to my QUARTERS. OFFICER TRipp told me to pACK UP AND MOVED ME to A-3 the dORM (2 mAN CELLS) "LOWER + UPPER tier" WHERE INMATES ARE HOUSEd ONLY AFTER RECIEVING STATE TIME IN PRISON. EVERYONE IS MAD AND depRESSEd ect. "HOSTIle."

5

I argued that I had County time to no avail. Randall Tyndall, (classification) "whom is over moves" was standing in A-3 and I confront him - he says there is nothing he can do. To sue him! and laughed. All of the inmates are loudly harassing me pushing me as I walk by with my mattress and foot locker in my hands. "Scared" I go to the phone and call my lawyer (J. Dingus). I go to the prescribed cell and an inmate I know (Glass) comes by for a moment and leaves. I began making my bunk 3 black inmates entered and pushed me face first onto the bunk. One sat on my back as two stretched my arms out to my side. I yanked my right arm loose and hit the assailant on my right breaking my hand as he slams it back down on the iron bunk. I scream out and the one on my back put his hand over my mouth. I craned my neck and saw a fourth black male with a piece of a sheet tied across the bottom of his face. He yanked my pants down and after a moment entered me. The pain was so intense that I passed out. When I came too I was alone in the cell. I cleaned myself the best I could and went to the door. The inmates who were taunting me before now only watched me. Officer Tripp opened the Dorm door and told me to get my stuff "that he had pulled up my file on the computer himself and I was not supposed to be in the prison dorm. Once in the hall I told him of what had happened to me. Later he pulled me out to the nurse station where nurse Jager examined my anus and said nothing was wrong, gave me cream to apply. Tripp came back to the nurse station and got me and took me to Tyndal's office. Counsular Tyndal then apoligized and said the whole thing was "Sellers" fault. Noone ever mentioned my rape again. A week later I went to the doctor for my broken hand and was ex-rayed and never heard another word of that either. November 1st 2011 I slipped a disc in my back and while the same day another inmate was hit in the eye, he was given a MRI which is the proper procedure for a slipped disc yet I was doomed to the portable ex ray machine that I have futher proof does not work! When I ask Dr. Lippman he said "slight change in vertabre." I ask to see the Doctor for Psychiatric and mental health care after being placed in a suicide cell from April 1st til April 8th 2011 "Nude" but was never scheduled after several attempts.

6

### Addendum to No. V.

Since the middle of October it has been below 40 degrees in the living cells each night and not much above during the days. This can only be rivaled by water treatment or some other such torture. Each officer that works here wears a coat to work yet we are issued short sleeve shirts only. When we try to wear our blankets as warmth we are punished. The diet here is lacking at very least, I am on a Dental-Mechanical Diet (no teeth). For a short period I was given peanut butter and jelly packets 2 slices of bread and a soft desert but in cutting the budget in August 2011 they have fed me whatever the other inmates get which for the most part I cannot eat. Also the meals do not meet the minimum requirement for calories. In the sack lunch we get are 2 "cut mouth" cookies that I cannot eat for lack of teeth, further cutting down on the calories required by law. After several grievances filed with no answer on all of the issues stated in this form, plus the fact that my mail has been either unanswered by various courts or flatantly stopped in the mail room here. The only venue I feel left to me is the Federal court and I have valiantly tried or I should say have exausted state remedy. On Sept. 19th 2011 Robert Bronson was reading a state suit I was ready to file fully filled out and notarized, Sergent Hines came to inmate Bronsons room and took both his and my legal work and left. When ask on her way out she replied "Sherriffs orders". I have proof that several times my mail has been stopped in route to the state, federal courts twice in route to the Florida Bar association. Thus denial of access to the courts is shown.

It has become abundantly clear that plaintiff shall recieve no justice at the county or state level. I have been trying to file this federal writ since 8-10-11 but the bonded person whom was to fillout my motion for forma pauperis has not even answered my request or grievences much less sent back the forms. I leave here on 11-20-11 as I was forced to accept a reduced charge to keep from going to prison, this is my last ditch attempt to file this from the place of incarceration, they have tried to keep me from this. They even refused to give me my proper name back, more to hamper contact with the court. Upon release I shall recieve mail David D. Smith Sr. 1728 5th Ave. So. Irondale Al. 35210

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Frank McKeithen Bay County Sherriff, Illegal Incarceration, Slander, Verbal Assault, State Statues + violation of 8th +14th amendments of USCA cruel and unusual punishment + conditions of confinement x3. Dr. Lippmann violation of 8th + 14th Amend. USCA. Deliberate indifference to medical needs x4 "slipped disc" "rape" "Request for psycologist" and "broken hand". Nurss Jager Deleberate indifference violation 8th + 14th Amend. U.S.C.A. Classification Counselor Tyndal violation 8th + 14th Amendments USCA. he is sole in charge of movements in Atlantas and was present when placed in danger but laughed. Officer Tripp. was elder officer in charge and refused to check my story therefore I was Raped 8th and 14th amendments USCA violatoons Denial of access to the Courts x 2 for Sheriff.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Plaintiff's goal is to see this does not happen again to any other unsuspecting inmates; Resignation of each of the parties is requested; monitary damages of one million dollars or subject to a juries discretion.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

11-17-11
(Date)

David D Smith
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on:
the __17__ day of __November__, 20 _11_.

David D Smith #2011003412
(Signature of Plaintiff)  Bay Co Jail

Revised 03/07

7

David Smith AKA Michael Gillon
#2011003412 A-2-1 Bay Co. Jail
5700 Star Lane, Panama City Fl. 32404



United States Federal Courthouse
Clerk of the Court
30 W. Government St.
Panama City Fl.
32401

3240182799