IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID GLENN SMITH,
    Plaintiff,

vs.                                      Case No.:  5:11cv381/MP/CJK

FRANK MCKEITHEN, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff, a prisoner proceeding *pro se*, commenced this civil rights action on November 22, 2011, by filing a complaint pursuant to 42 U.S.C. § 1983, a motion for appointment of counsel, and a motion to proceed *in forma pauperis*. (Docs. 1-3). The plaintiff's *in forma pauperis* motion was found to be deficient and plaintiff was given thirty (30) days to either submit the $350.00 filing fee or a completed motion for leave to proceed *in forma pauperis*. (Doc. 7). This order was returned as "Undeliverable" (doc. 8), as was the clerk's Notice to Pro Se Litigant, mailed to plaintiff on November 28, 2011 (doc. 5). The clerk was instructed to re-mail these documents to plaintiff at 1728 5th Avenue South, Irondale, Alabama 35210, which is the address provided by plaintiff in the civil rights complaint and motion for appointment of counsel (docs. 1 and 2).

Having received no response from plaintiff, the court entered an order on March 12, 2012, giving him fourteen (14) days to show cause why this action should

not be dismissed for failure to comply with an order of the court. (Doc. 10). To date, plaintiff has failed to comply or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2. That all pending motions be DENIED as moot.

3. That the clerk be directed to close the file.

DONE AND ORDERED this 8th day of May, 2012.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).